IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SANDY ROBLES,
individually and on behalf of
all others similarly situated,
        Plaintiff,

                              CASE NO. 18-cv-1809-DEJ

    v.

BRUNSWICK CORPORATION d/b/a
MERCURY MARINE,
        Defendants.

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR OPT-IN AARON GOLEMGESKI

Plaintiff's Counsel moves the Court for an order permitting Hawks Quindel, S.C. ("Counsel") to withdraw as Counsel for Plaintiff Aaron Golemgeski in the above-captioned action. Pursuant to Fed. R. Civ. P. 7 and Civ. L. R. 7, Counsel sets forth the following grounds for this motion:

    1.    Plaintiff Sandy Robles initiated this lawsuit by filing a Class and Collective Action Complaint on November 15, 2018. (ECF No. 1.)

    2.    On March 22, 2019, Opt-In Plaintiff Aaron Golemgeski joined the above-captioned action by consenting to make a claim against Defendants for unpaid minimum, overtime and agreed upon wages. (ECF No. 16.)

    3.    On March 8, 2019, Defendant served requests for the production of document and interrogatories on Plaintiff and each Opt-In, including Opt-In Aaron Golemgeski. On March 13, 2019, the Counsel for the Parties met and conferred with regard to Plaintiff's objection to the breadth of the discovery prior to conditional certification. Counsel for the

Parties agreed that Defendant would narrow their requests to five interrogatories and five requests for the production of documents from five Opt-Ins. On April 25, 2019, Defendant served its revised discovery requests on Plaintiff, including requests to Opt-In Aaron Golemgeski. On May 28, 2019, Plaintiff provided written responses for two Opt-Ins. Plaintiff also filed with the Court opt-out forms for two of the individuals Defendant served discovery on. (ECF Nos. 21-1, 21-2.)

4. Despite Counsel's efforts to contact and obtain discovery responses from Opt-In Aaron Golemgeski, Counsel and Opt-In Aaron Golemgeski have suffered a major breakdown in communication which is so significant that it prevents Counsel from providing adequate representation to Opt-In Plaintiff Aaron Golemgeski in this matter. This breakdown in communication has placed Counsel in a position that has made it impossible for Counsel to fulfill their professional responsibilities to Opt-In Plaintiff Aaron Golemgeski, the Court, and Defendants. *See* SCR 20:1.16(b)(5).

5. Plaintiff's Counsel certifies that no memorandum of law or other supporting documents are being filed in support of this motion.

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff's motion to withdraw as counsel for Opt-In Plaintiff Aaron Golemgeski.

Dated this 20th day of June, 2019.

Respectfully submitted,

*s/ Larry A. Johnson*
Larry A. Johnson
Bar Number 1056619
Summer Murshid
Bar Number 1075404
Timothy Maynard
Bar Number 1080953
Attorneys for Plaintiffs

**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
       smurshid@hq-law.com
       tmaynard@hq-law.com