IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SANDY ROBLES,
individually and on behalf of
all others similarly situated,
        Plaintiff,

    CASE NO. 18-cv-1809-DEJ

   v.

BRUSNWICK CORPORATION d/b/a
MERCURY MARINE,

    Defendant.

## PROPOSED ORDER

On June 20, 2019, Counsel for Plaintiff Sandy Robles filed a Motion to Withdraw as Counsel wherein Counsel indicated that there had been a severe breakdown in communication with Opt-In Plaintiff Aaron Golemgeski. This breakdown in communication has placed Counsel in a position that has made it impossible for them to fulfill their professional responsibilities to the Plaintiffs.

In light of the foregoing, the Court will grant the motion to withdraw. (ECF No. 32). Accordingly, IT IS ORDERED that Counsels motion to withdraw (ECF No. 32) is hereby GRANTED with respect to Plaintiff Aaron Golemgeski.

Dated this ____ day of _____, 2019.

                                              _____
                                              Magistrate Judge David E. Jones
                                              United States District Court