UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SANDY ROBLES,
individually and on behalf of
all others similarly situated,

      Plaintiff,                    CASE NO. 18-cv-1809-DEJ

    v.

BRUNSWICK CORPORATION d/b/a
MERCURY MARINE,

      Defendant.

## JOINT STIPULATION TO AMEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION

Plaintiff, by and through her attorneys, Hawks Quindel, S.C., and Defendant Brunswick Corporation, d/b/a Mercury Marine, by and through its attorneys, Quarles & Brady, LLP, (collectively "Parties"), submit this Joint Stipulation to Amend the Deadline for Defendant's Response to Plaintiff's Motion for Conditional Certification. In support of this Stipulation, Parties state as follows:

    1.    Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Motion for Conditional Certification from June 21, 2019 to July 10, 2019.

    2.    Parties are not seeking these amendments to cause any undue delay but rather to allow sufficient time for outstanding discovery pertinent to such deadlines.

    3.    Parties are not seeking any other changes in the scheduling order.

Dated this 20th day of June 2019.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| <u>Electronically signed by Sean M. Scullen</u><br>Sean M. Scullen, SBN 1034221<br>sean.scullen@quarles.com<br>Steven M. Kruzel, SBN 1086539<br>steven.kruzel@quarles.com | <u>Electronically signed by Larry A. Johnson</u><br>Larry A. Johnson, SBN 1056619<br>ljohnson@hq-law.com<br>Summer H Murshid, SBN 1075404<br>smurshid@hq-law.com<br>Timothy P. Maynard, SBN 1080953<br>tmaynard@hq-law.com |
| **Quarles & Brady LLP**<br>411 East Wisconsin Avenue<br>Suite 2350<br>Milwaukee, WI 53202-4426<br>(414) 277-5645 (office)<br>(414) 978-8863 (facsimile) | **Hawks Quindel, S.C.**<br>222 E Erie Street, Suite 210<br>P.O. Box 442<br>Milwaukee, WI 53202-0442<br>(414) 271-8650 (office)<br>(414) 271-8442 (facsimile) |
| **Attorneys for Defendant** | **Attorneys for Plaintiff** |